KHOSROVSHAHI CO., INC., v. MIRZA M. S. M. IRAVANI.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Dore, Breitel, Bastow and Bergan, JJ. [See *ante,* p. 773.]

THOMAS J. BATA et al., v. JAN A. BATA.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Dore, J. P., Breitel, Bastow and Bergan, JJ. [See *ante,* p. 773.]

MARY P. SPENCER v. RICHARD S. CHILDS et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Dore, J. P., Cohn, Callahan, Breitel and Botein, JJ. [See *ante,* p. 788.]

HUGH K. BENNETT, Appellant, v. SHAMUEL SHAMILZADEH, Respondent and Third-Party Plaintiff-Respondent. HUGH K. BENNETT et al., Third-Party Defendants-Appellants.— Motions for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Dore, Cohn, Callahan and Bergan, JJ. [See 282 App. Div. 1029.]

ATLAS LAND CORP. v. DORA ETTINGER et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Dore, J. P., Callahan, Breitel, Botein and Bergan, JJ. [See *ante,* p. 379.]

CENTRAL PUBLISHING COMPANY, INC., v. GAENELLE WITTMAN et al.— Motion deemed a motion to renew, granted to the extent of staying the order of reversal dated March 31, 1954, and filed on April 1, 1954, and remitting the matter to Special Term to take proof of all relevant facts, make a determination thereon whether the interests of substantial justice would be served by retaining jurisdiction, and enter an order thereon. Pending appeal from such order final decision on the motion is held in abeyance. Settle order on notice. Present — Peck, P. J., Dore, Breitel, Bastow and Bergan, JJ. [See *ante,* p. 492, *post,* p. 1053.]

BIDDS SUCCESSORS, INC., v. IRVING REISBERG et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Dore, Cohn, Breitel and Bastow, JJ. [See *ante,* p. 775.]

In the Matter of the Application of NATHAN WILLNER for Admission to the Bar.— Motion denied. Present — Peck, P. J., Dore, Cohn, Bastow and Botein, JJ.

JAMES G. GREIMS v. BANKERS TRUST COMPANY et al.— Motion for reargument denied, with $10 costs. Present — Peck, P. J., Callahan, Breitel, Bastow and Botein, JJ. [See *ante,* p. 783.]